IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HENRY JARRETT, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 17-00390-WS-N |
| C/O MADISON, et al, | : |
| Defendants. | : |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 30th day of April, 2018.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE